**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Montanez

v.

Ocampo, et al.,

Case Number:

**FILED**

**MARCH 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1533**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| | |
|---|---|
| NAME (Type or print)<br> Sean Baker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Sean Baker | |
| FIRM<br> Elliot Richardson & Associates, LLC | |
| STREET ADDRESS<br> 20 S. Clark Street, Suite 500 | |
| CITY/STATE/ZIP<br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6224417 | TELEPHONE NUMBER<br> (312) 676-2100 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☑     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐