AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RENE MONTANEZ, CHRYSTAL MCGREW,
and RICARDO MONTANEZ

CASE NUMBER: 08 C 1533

V.

ASSIGNED JUDGE: Judge Gettleman

OFFICER J. OCAMPO, et al.,

DESIGNATED
MAGISTRATE JUDGE: Judge Mason

TO: (Name and address of Defendant)

Officer V. O'Donnell — STAR 5695
C/o Chicago Police Headquarters
3510 S. Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark Street, Suite 500
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR - 7 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action          CASE # 08C1533

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  4-10-08 |
| NAME OF SERVER *(PRINT)*  DAN THOMPSON | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: P.O. V. O'DONNELL C/O C.P.D. 3510 So. MICHIGAN CHICAGO ILL. 60653

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: P.O. PAT MARTIN

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-10-08            *signature*
                Date                Signature of Server

METRO SERVICE INC, OAKLAWN ILL.
4647 W. 103RD. 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.