IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RENEE MONTANEZ, CHRYSTAL MCGREW and RICARDO MONTANEZ | ) ) ) | |
| Plaintiffs, | ) ) ) | **No. 08 C 1533** |
| v. | ) ) | JUDGE GETTLEMAN |
| OFFICER J. OCAMPO, in his individual capacity OFFICER D. RAMOS, in his individual capacity OFFICER AGOSTA, in his individual capacity; OFFICER J. TORRES, in his individual capacity; OFFICER GLORIA GOMEZ, in her individual capacity; OFFICER V. O'DONNELL; in her individual capacity; OFFICER N. RAMIREZ, in his individual capacity; UNKNOWN DEFENDANT OFFICERS, in their individual capacities; and the CITY OF CHICAGO, ILLINOIS | ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT AT LAW**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to June 9, 2008 to answer or otherwise plead in response to plaintiffs' complaint. In support of this motion, the City states the following:

1.   Plaintiffs filed their Complaint at Law on or about March 14, 2008. The City was served with plaintiffs' Complaint at Law on or about April 9, 2008.

2.   Undersigned counsel for the City was assigned to this case on or about May 7, 2008, the first opportunity that undersigned counsel had to review plaintiffs' Complaint at Law.

3.   Undersigned counsel is in the process of reviewing plaintiffs' Complaint at Law

and gathering documents responsive to the Complaint at Law.

4. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in plaintiffs' Complaint at Law.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to June 9, 2008 to answer or otherwise plead in response to plaintiffs' Complaint at Law; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY:   /s/ Kathleen D. Manion
KATHLEEN D. MANION
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 742-9866
Atty. No. 6286785

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint at Law** to be served upon Sean M. Baker of Horwitz Richardson & Baker, LLC, on this 9th day of May, 2008.

      /s/ Kathleen D. Manion
      KATHLEEN D. MANION
      Assistant Corporation Counsel