IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTANEZ, et. al. | ) | |
| | ) | **No. 08 C 1533** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE GETTLEMAN |
| | ) | |
| OCAMPO, et. al. | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See Certificate of Service

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gettleman, or before such other judge sitting in her place, on the 14th day of May 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED: MAY 9, 2008**

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel
                                              City of Chicago

                      BY:    /s/ Kathleen D. Manion
                                    KATHLEEN D. MANION
                                    Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Atty. No. 6286785