IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RENE MONTANEZ, CHRYSTAL MCGREW and RICARDO MONTANEZ | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 08 C 1533 |
| v. | ) ) ) | Judge Gettleman |
| OFFICER J. OCAMPO, et al., | ) ) ) | Magistrate Judge Mason |
| Defendants. | ) ) | Jury Demand |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Rachelle M. Org
      ELLIOT RICHARDSON & ASSOCIATES, LLC
      20 South Clark Street, Suite 500
      Chicago, Illinois 60603

    **PLEASE TAKE NOTICE** that on this 9th day of June 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFFS' COMPLAINT AT LAW**, a copy of which is herewith served upon you.

    I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 9th day of June 2008.

                      Respectfully submitted,

                      MARA S. GEORGES
                      Corporation Counsel
                      for the City of Chicago

By:   */s/ Kathleen D. Manion*
      KATHLEEN D. MANION
      Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 742-9866

Attorney No. 06286785