UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 1533 |
|---|---|
| MONTANEZ  Plaintiff, | Honorable Judge GETTLEMAN , |
| v. | |
| CITY OF CHICAGO, et. al. Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hector Agosto, Virginia O'Donnell, Nicholas Ramirez, David Ramos, Jesse Torres and Jose Ocampo

| SIGNATURE /S/ TIFFANY Y. HARRIS |
|---|
| FIRM    City of Chicago, Corporation Counsel |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP    Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6238533 | 312.744.5890 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES x | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐