IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RENE MONTANEZ, et al. | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | NO. 08 C 1533 |
| | ) | |
| THE CITY OF CHICAGO, et. al. | ) | Judge Gettleman |
| | ) | Magistrate Judge Mason |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants, Officers Hector Agosto, Virginia O'Donnell, Nicholas Ramirez, David Ramos, Jesse Torres and Jose Ocampo by their attorney, Tiffany Y. Harris, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time in which Defendants may answer or otherwise plead to Plaintiff's Complaint, stating as follows:

(1)   The court file reflects the Officers were served in the latter part of April of 2008.

(2)   There were issues with respect to service and representation that had to resolved before Counsel for the Defendants could file her appearance on behalf of the Officers.

(3)   The issue has been resolved and the Officers are scheduled to meet with Counsel for the Defense on July 17, 2008 to answer the complaint.

(4)   Counsel for the Defense would like to request an extension in order to answer the complaint until August 1, 2008.

(5)    This motion is the Defendant Officers' first request for an extension of time to answer or otherwise plead.

(6)    This motion is not being brought for the purposes of delay.

(7)    The plaintiff will not be prejudiced by a short continuance of defendants' time to answer the complaint.

**WHEREFORE**, Defendant Officers request that this Court to grant his motion to enlarge time to and including August 1, 2008 to answer or otherwise plead to the complaint.

Respectfully submitted,

_____s/Tiffany Harris_____
TIFFANY Y. HARRIS
Assistant Corporation Counsel
30 NORTH LA SALLE ST.
SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 744-8307
ATTORNEY NO.  6238533