IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RENE MONTANEZ | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | NO. 08 C 1533 |
| | ) | |
| THE CITY OF CHICAGO, et. al. | ) | Judge Gettleman |
| | ) | Magistrate Judge Mason |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:  Rachelle Sorg
   Elliot Richardson & Associates
   20 South Clark Street, Suite 500
   Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Gettleman, on or before such other Judge sitting in his place or stead, on Tuesday July 8, 2008 **at 9:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1703** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois July 1, 2008.

Respectfully submitted,

_/s/ Tiffany Y. Harris_
TIFFANY Y. HARRIS
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 744-5890
ATTORNEY NO. 6238533

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on Tuesday, July 1, 2008 I electronically filed **Notice of Motion - Defendants'Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

                                                       */s/Tiffany Y. Harris*
                                                       TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org