IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RENE MONTANEZ** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | NO. 08 C 1533 |
| | ) | |
| **THE CITY OF CHICAGO, et. al.** | ) | Judge Gettleman |
| | ) | Magistrate Judge Mason |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

To:   Rachelle Sorg
      Elliot Richardson & Associates
      20 South Clark Street, Suite 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER TO PLAINTIFFS' COMPLAINT.**

**DATED** at Chicago, Illinois August 1, 2008.

Respectfully submitted,

_/s/ Tiffany Y. Harris_
TIFFANY Y. HARRIS
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 744-5890
ATTORNEY NO. 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, August 1, 2008 I electronically filed **Notice of Filing- Defendants Answer to Plaintiff's Complaint** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____/s/Tiffany Y. Harris_____
                TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org