**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RENE MONTANEZ, CHRYSTAL MCGREW, and RICARDO MONTANEZ<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICER J. OCAMPO, OFFICER D. RAMOS, OFFICER AGOSTA, OFFICER J. TORRES, OFFICER GLORIA GOMEZ; OFFICER V. O'DONNELL; OFFICER N. RAMIREZ; UNKNOWN DEFENDANT OFFICERS; and the CITY OF CHICAGO,<br><br>    Defendant(s). | No. 08-cv-1533<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE Mason |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Sean Baker              sbaker@hrbattorneys.com

Elliot Richardson       erichardson@hrbattorneys.com

Rachelle Sorg           rsorg@hrbattorneys.com

Tiffany Yvette Harris   tiffany.harris@cityofchicago.org

Thomas Jon Aumann       thomas.aumann@cityofchicago.org

Kathleen Dolores Manion  kathleen.manion@cityofchicago.org

2

                                            s/ Sean Baker  
                                            Sean Baker  
                                            Horwitz, Richardson, and Baker, LLC  
                                            20 S. Clark, Suite 500  
                                            Chicago, IL 60603  
                                            Tel: 312-676-2100  
                                            Fax: 312-372-7076  
                                            sbaker@hrbattorneys.com