# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Rene Montanez, et al.

                Plaintiff,

v.

J. Ocampo, et al.

                Defendant.

Case No.: 1:08−cv−01533
Honorable Robert W. Gettleman

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason and Honorable for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.

Dated: September 4, 2008

/s/ Robert W. Gettleman

United States District Judge