

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederic Block | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1533 | **DATE** | 6/15/2010 |
| **CASE TITLE** | Montanez et al vs. Ocampo et al | | |

**DOCKET ENTRY TEXT**

Jury Trial held. Jury deliberation began. Jury returns its verdict on the False Arrest Claim - in favor of Plaintiffs Rene and Ricardo Montanez as to Defendants Ramos and O'Donnell, and against Plaintiffs Rene and Ricardo Montanez as to Defendants Ocampo, Agosto, Torres and Ramirez, in favor of Plaintiff McGrew as to Defendants Ocampo and Ramos and against Plaintiff McGrew as to Defendants Agosto, Torres, O'Donnell and Ramirez. Compensatory damages as to the False Arrest Claims are awarded to Plaintiffs Rene Montanez in the amount of $5000, Chrystal McGrew in the amount of $5000, and Ricardo Montanez in the amount of $10,000. Jury returns its verdict on the Excessive Force Claim - in favor of Plaintiff Rene Montanez as to Defendant Ramos, and against Plaintiff Rene Montanez as to Defendants Ocampo, Agosto, Torres and Ramirez, against Plaintiffs Chrystal McGrew and Ricardo Montanez as to Defendants Ocampo, Agosto, Torres and Ramirez. Compensatory damage as to the Excessive Force Claim is awarded to Plaintiff Rene Montanez in the amount of $10,000. Jury returns its verdict on the Malicious Prosecution Claim - in favor of Plaintiffs Rene and Ricardo Montanez as to Defendants Ramos and O'Donnell, and against Plaintiffs Rene and Ricardo Montanez as to Defendants Ocampo, Agosto, Torres and Ramirez, in favor of Plaintiff McGrew as to Defendant Ocampo, and against Plaintiff McGrew as to Defendants Ramos, Agosto, Torres, O'Donnell and Ramirez. Compensatory damages as to the Malicious Prosecution Claims are awarded to Plaintiffs Rene Montanez in the amount of $22,000, Chrystal McGrew in the amount of $13,000, and Ricardo Montanez in the amount of $40,000. Court enters judgment consistent with the jury verdict. Jury Trial ends.

Docketing to mail notices.
*Mail AO 450 form.

03:25



| | Courtroom Deputy Initials: | LDG |
|---|---|---|