# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| RENE MONTANEZ, et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1533 |
| OFFICER J. OCAMPO, et al | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment on the False Arrest Claims is entered as follows: in favor of Plaintiffs Rene Montanez and Ricardo Montanez as to Defendants D. Ramos and V. O'Donnell, and against Plaintiffs Rene Montanez and Ricardo Montanez as to Defendants J. Ocampo, Officer Agosto, J. Torres and N. Ramirez, in favor of Plaintiff Chrystal McGrew as to Defendants J. Ocampo and D. Ramos and against Plaintiff Chrystal McGrew as to Defendants Officer Agosto, J. Torres, V. O'Donnell and N. Ramirez. Compensatory damages as to the False Arrest Claims are awarded to Plaintiffs Rene Montanez in the amount of $5,000.00, Chrystal McGrew in the amount of $5,000.00, and Ricardo Montanez in the amount of $10,000.00.

Judgment on the Excessive Force Claims is entered as follows: in favor of Plaintiff Rene Montanez as to Defendant D. Ramos, and against Plaintiff Rene Montanez as to Defendants J. Ocampo, Officer Agosto, J. Torres and N. Ramirez, against Plaintiffs Chrystal McGrew and Ricardo Montanez as to Defendants J. Ocampo, Officer Agosto, J. Torres and N. Ramirez. Compensatory damage as to the Excessive Force Claim is awarded to Plaintiff Rene Montanez in the amount of $10,000.00.

Judgment on the Malicious Prosecution Claims is entered as follows: in favor of Plaintiffs Rene Montanez and Ricardo Montanez as to Defendants D. Ramos and V. O'Donnell and against Plaintiffs Rene Montanez and Ricardo Montanez as to Defendants J. Ocampo, Officer Agosto, J. Torres and N. Ramirez, in favor of Plaintiff Chrystal McGrew as to Defendant J. Ocampo, and against Plaintiff Chrystal McGrew as to Defendants D. Ramos, Officer Agosto, J. Torres, V. O'Donnell and N. Ramirez. Compensatory damages as to the Malicious Prosecution Claims are awarded to Plaintiffs Rene Montanez in the amount of $22,000.00, Chrystal McGrew in the amount of $13,000.00, and Ricardo Montanez in the amount of $40,000.00.

Michael W. Dobbins, Clerk of Court

Date: 6/15/2010

Linda Garth, Deputy Clerk